# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

December 3, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 19-5114M | Date | December 3, 2019 |
| Title | United States v. Kommick | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** ORDER OF DETENTION

Defendant is alleged to have violated the terms of his pretrial release from the district court in the Southern District of California. At the initial appearance following arrest on the violation petition, Defendant submitted on the issue of detention. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district or magistrate judge in San Diego.